**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Larry Bey

       Debtor(s).

13

Bky No. 18-17112- JKF

**ORDER**

    **AND NOW,** this _____ day of _____ 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant and counsel for the debtor, and after notice it is hereby

    **ORDERED** that counsel fees in the amount $4,000.00 less $1,417.00 already paid with a remaining balance of **$2,583.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:**

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: May 8, 2019**

**CC:**  **Brandon Perloff, Esq.**
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

Scott F. Waterman, Esquire
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
Chapter 13 Trustee*

Larry Bey
917 Wynnewood Road
Philadelphia, PA 19151