| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-17112-AMC

| | |
|---|---|
| LARRY  BEY | Petition Filed Date: 10/27/2018 |
| 917 WYNNEWOOD ROAD | 341 Hearing Date: 12/07/2018 |
| PHILADELPHIA PA    19151 | Confirmation Date: 05/08/2019 |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $280.00 | 25553516567 | 02/13/2019 | $280.00 | 25688467978 | 03/21/2019 | $280.00 | 25591192492 |
| 04/17/2019 | $285.00 | 25591196575 | 05/28/2019 | $285.00 | 25828831563 | 06/26/2019 | $285.00 | 25893732150 |
| 07/23/2019 | $285.00 | 25893746583 | 08/27/2019 | $285.00 | 26127622383 | 10/01/2019 | $285.00 | 26127641744 |
| 11/04/2019 | $285.00 | 26188009740 | 12/09/2019 | $285.00 | 26188034523 | 01/03/2020 | $285.00 | 26338480806 |
| 02/03/2020 | $285.00 | 26409551253 | 03/03/2020 | $285.00 | 26338473156 | 03/30/2020 | $285.00 | 26516554378 |
| 04/29/2020 | $285.00 | 26516580693 | 06/01/2020 | $285.00 | 26507114763 | 07/01/2020 | $285.00 | 26507122468 |
| 07/24/2020 | $285.00 | 26507121862 | | | | | | |

**Total Receipts for the Period: $5,400.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $5,960.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC »» 001 | Unsecured Creditors | $892.37 | $0.00 | $892.37 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC »» 002 | Unsecured Creditors | $638.18 | $0.00 | $638.18 |
| 5 | PA HOUSING FINANCE AGENCY »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHFA-HEMAP »» 004 | Mortgage Arrears | $10,170.87 | $2,590.84 | $7,580.03 |
| 6 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $674.40 | $0.00 | $674.40 |
| 7 | BRANDON J PERLOFF ESQ »» 007 | Attorney Fees | $2,583.00 | $2,583.00 | $0.00 |

**Chapter 13 Case No. 18-17112-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,960.00 | Current Monthly Payment: | $285.00 |
| Paid to Claims: | $5,173.84 | Arrearages: | $0.00 |
| Paid to Trustee: | $529.66 | Total Plan Base: | $17,075.00 |
| Funds on Hand: | $256.50 | | |

<u>**NOTES:**</u>

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.