| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17112-AMC**

LARRY  BEY
917 WYNNEWOOD ROAD
PHILADELPHIA  PA    19151

Petition Filed Date: 10/27/2018
341 Hearing Date: 12/07/2018
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $285.00 | 26338480806 | 02/03/2020 | $285.00 | 26409551253 | 03/03/2020 | $285.00 | 26338473156 |
| 03/30/2020 | $285.00 | 26516554378 | 04/29/2020 | $285.00 | 26516580693 | 06/01/2020 | $285.00 | 26507114763 |
| 07/01/2020 | $285.00 | 26507122468 | 07/24/2020 | $285.00 | 26507121862 | 08/24/2020 | $285.00 | 26409568094 |
| 09/09/2020 | $285.00 | 26863937886 | 10/28/2020 | $285.00 | 26507134721 | 11/25/2020 | $285.00 | 26507144114 |
| 02/01/2021 | $285.00 | 27185283191 | 03/08/2021 | $285.00 | 27185288602 | 03/09/2021 | $285.00 | 2521062 |
| 03/31/2021 | $285.00 | 27185295846 | 05/12/2021 | $285.00 | 27413427688 | 06/02/2021 | $285.00 | 27413434113 |

**Total Receipts for the Period:  $5,130.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,810.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $892.37 | $0.00 | $892.37 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $638.18 | $0.00 | $638.18 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHFA-HEMAP<br>»» 004 | Mortgage Arrears | $10,170.87 | $5,207.14 | $4,963.73 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $674.40 | $0.00 | $674.40 |
| 7 | BRANDON J PERLOFF ESQ<br>»» 007 | Attorney Fees | $2,583.00 | $2,583.00 | $0.00 |

**Chapter 13 Case No. 18-17112-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,810.00 | Current Monthly Payment: | $285.00 |
| Paid to Claims: | $7,790.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $763.36 | Total Plan Base: | $17,075.00 |
| Funds on Hand: | $256.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.