| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 18-17112-AMC

LARRY BEY
917 WYNNEWOOD ROAD
PHILADELPHIA  PA   19151

Petition Filed Date: 10/27/2018
341 Hearing Date: 12/07/2018
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/12/2021 | $285.00 | 27413427688 | 06/02/2021 | $285.00 | 27413434113 | 07/07/2021 | $285.00 | 27185298783 |
| 07/30/2021 | $285.00 | 27421778564 | 08/27/2021 | $285.00 | 27413446566 | 09/29/2021 | $285.00 | 27633927745 |
| 11/01/2021 | $285.00 | 27513944796 | 12/01/2021 | $300.00 | 27513952211 | 01/04/2022 | $300.00 | 27513957161 |
| 01/27/2022 | $350.00 | 27513971561 | 03/01/2022 | $400.00 | 27948454108 | 03/29/2022 | $400.00 | 28004965604 |
| 05/04/2022 | $350.00 | 27513997918 | 05/24/2022 | $350.00 | 28004990591 | 06/10/2022 | $400.00 | 28004981883 |
| 07/01/2022 | $300.00 | 28004999174 | 07/27/2022 | $285.00 | 28301721366 | | | |

**Total Receipts for the Period: $5,430.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,670.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $892.37 | $0.00 | $892.37 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $638.18 | $0.00 | $638.18 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHFA-HEMAP<br>»» 004 | Mortgage Arrears | $10,170.87 | $9,649.84 | $521.03 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $674.40 | $0.00 | $674.40 |
| 7 | BRANDON J PERLOFF ESQ<br>»» 007 | Attorney Fees | $2,583.00 | $2,583.00 | $0.00 |

**Chapter 13 Case No. 18-17112-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,670.00 | Current Monthly Payment: | $285.00 |
| Paid to Claims: | $12,232.84 | Arrearages: | ($870.00) |
| Paid to Trustee: | $1,174.96 | Total Plan Base: | $17,075.00 |
| Funds on Hand: | $262.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.