Certificate Number: 12433-PAE-DE-037362065

Bankruptcy Case Number: 18-17112



12433-PAE-DE-037362065

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2023, at 10:38 o'clock PM EDT, Larry H. Bey completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 20, 2023          By:    /s/Lisa Susoev

                               Name:  Lisa Susoev

                               Title: Teacher