# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

In re:   Larry Bey                                Case No.  18-17112-amc
         Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC
SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

☐  Pursuant to 11 U.S.C. Section 1328(a), I certify that:
I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☑  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:  917 Wynnewood Road, Philadelphia, PA 19151

My current employer and my employer's address: 160 N. Gulph Road,  #101 King of Prussia, PA 19406

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in certifications is true and correct to the best of my knowledge and belief.

Executed on   __4/27__   __[signature]__
                    Date                         Debtor